1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   RICARDO VERDUZCO,                              1:14-cv-01083-GSA (PC)

12              Plaintiff,
                                                    ORDER DENYING MOTION FOR
13         v.                                       APPOINTMENT OF COUNSEL

14   CONNIE GIPSON, et al.,                         (Document# 3)

15              Defendant.

16

17         On July 11, 2014, plaintiff filed a motion seeking the appointment of counsel.  Plaintiff

18   does not have a constitutional right to appointed counsel in this action, Rand v. Rowland, 113

19   F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to represent plaintiff

20   pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District Court for the Southern

21   District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989).  However, in certain

22   exceptional circumstances the court may request the voluntary assistance of counsel pursuant to

23   section 1915(e)(1).  Rand, 113 F.3d at 1525.

24         Without a reasonable method of securing and compensating counsel, the court will seek

25   volunteer counsel only in the most serious and exceptional cases.  In determining whether

26   "exceptional circumstances exist, the district court  must evaluate both the likelihood of success

27   of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the

28   complexity of the legal issues involved."  Id. (internal quotation marks and citations omitted).

                                                 1

1    In the present case, the court does not find the required exceptional circumstances.  At this

2  early stage in the proceedings, the court cannot make a determination that plaintiff is likely to

3  succeed on the merits.  Plaintiff filed the Complaint on July 11, 2014, less than a week ago, and

4  the Complaint awaits the Court's screening required under 28 U.S.C. 1915.  Thus, to date the

5  Court has not found any cognizable claims in plaintiff's Complaint for which to initiate service of

6  process, and no other parties have yet appeared.  While plaintiff's claims for due process and

7  retaliation may involve complex law, based on a review of the record in this case, the Court does

8  not find that Plaintiff cannot adequately articulate his claims.  Therefore, plaintiff's motion shall

9  be denied without prejudice to renewal of the motion at a later stage of the proceedings.

10    For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY

   DENIED, without prejudice.

11

12  IT IS SO ORDERED.

13    Dated:    **July 17, 2014**                            **/s/ Gary S. Austin**

14                                              UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                2