1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VERDUZCO, | 1:14-cv-01083-GSA-PC |
| Plaintiff, | ORDER DENYING REQUEST FOR CLASS ACTION CERTIFICATION |
| vs. | (Doc. 1.) |
| CONNIE GIPSON, et al., | |
| Defendants. | |

Ricardo Verduzco ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on July 11, 2014.  (Doc. 1.)  Plaintiff has requested certification of this litigation as a class action, to include five co-Plaintiffs named by Plaintiff in the Complaint.  (Doc. 1 at  4, 6-7.)

Plaintiff and his intended co-plaintiffs are all non-lawyers proceeding without counsel. It is well established that a layperson cannot ordinarily represent the interests of a class.  See McShane v. United States, 366 F.2d 286 (9th Cir. 1966).  This rule becomes almost absolute when, as here, the putative class representative is incarcerated and proceeding pro se. Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975).   In direct terms, none of the Plaintiffs can "fairly and adequately protect the interests of the class" as required by Fed. R. Civ. P. 23(a)(4).  See Martin v. Middendorf, 420 F. Supp. 779 (D.D.C. 1976).  A plaintiff's privilege to appear in propria persona is a "privilege ... personal to him. He has no authority to

appear as an attorney for others than himself." <u>McShane v. U.S.</u>, 366 F.2d 286, 288 (9th Cir. 1966), citing <u>Russell v. United States</u>, 308 F.2d 78, 79 (9th Cir. 1962); <u>Collins v. O'Brien</u>, 93 U.S.App.D.C. 152, 208 F.2d 44, 45 (1953), cert. denied, 347 U.S. 944, 74 S.Ct. 640, 98 L.Ed. 1092 (1954).  This action, therefore, will not be construed as a class action and instead will be construed as an individual civil suit brought by Plaintiff.[1]

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for class action certification is DENIED.

IT IS SO ORDERED.

Dated:  __**July 17, 2014**__          _____**/s/ Gary S. Austin**_
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's intended co-plaintiffs did not sign the Complaint.  Therefore, this action proceeds with Richard Verduzco as the sole Plaintiff.