UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VERDUZCO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　Defendants. | 1:14-cv-01083-AWI-GSA-PC<br><br>ORDER DENYING MOTION FOR COURT ORDER<br>(Doc. 10.) |

Ricardo Verduzco ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 11, 2014. (Doc. 1.) On July 17, 2014, the court denied Plaintiff's request to proceed with this case as a class action and to add five co-plaintiffs. (Doc. 7.) Thus, this case now proceeds as an individual civil suit with Plaintiff as the sole plaintiff.

On July 31, 2014, Plaintiff filed a motion for the court to order the five persons he sought to include as co-plaintiffs to each file an individual § 1983 case, to enable them to be fairly heard by the court and comply with applicable statutes of limitation. (Doc. 10.)

Plaintiff's motion must be denied. Plaintiff's expectation that the court would order these individuals to file complaints is unreasonable. A judge has "no obligation to act as counsel or paralegal to pro se litigants" or " to perform any legal 'chores' for the [litigant] that counsel would normally carry out." See Plilar v. Ford, 542 U.S. 225, 231, 124 S.Ct. 2441, 159

1

L.Ed.2d 338 (2004).  Advising laypersons whether to file a lawsuit is a task normally and properly performed by trained counsel as a matter of course.  Moreover, requiring or even allowing the judge to advise these five individuals in such a manner would undermine the judge's role as [an] impartial decisionmaker.  Id.; also see Lopez v. Smith, 203 F.3d 1122, 1131 n. 13 (9th Cir. 2000) (declining to decide whether the court was required to inform a litigant of deficiencies); Bias v. Moynihan, 508 F.3d 1212, 1219 (9th Cir. 2008) ("A district court lacks the power to act as a party's lawyer, even for *pro se* litigants.").

    Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

    Dated:   **August 1, 2014**                    **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE