UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VERDUZCO,<br><br>    Plaintiff,<br><br>    v.<br><br>C. GIPSON, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-01083-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION FOR INJUNCTIVE RELIEF<br><br>[ECF Nos. 21, 23] |

    Plaintiff Ricardo Verduzco is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 14, 2016, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's request for injunctive relief be denied. (ECF No. 10.) Specifically, Plaintiff requested an order directing CDCR to stop collecting restitution fine funds from his inmate trust account until the filing fee for this action is paid in full. The Magistrate Judge found that the court lacks jurisdiction to order CDCR to stop collecting state mandated restitution, as CDCR is not a party to this action.

    The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within thirty (30) days. Over thirty days have passed, and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued October 14, 2016 (ECF No. 23), are adopted in full; and

2. Plaintiff's motion for injunctive relief, filed June 9, 2016 (ECF No. 21), is denied.

IT IS SO ORDERED.

Dated:   December 2, 2016

_____
SENIOR DISTRICT JUDGE