UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VERDUZCO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. GIPSON, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01083-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CLAIMS AND DEFENDANTS<br><br>[ECF No. 27] |

　　　　Plaintiff Ricardo Verduzco is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 6, 2016, the Magistrate Judge issued Findings and Recommendations recommending that this case proceed on Plaintiff's claim against Defendant Rousseau for a due process violation related to his disciplinary hearing, and for retaliation in violation of the First Amendment, and that all other claims and defendants be dismissed from this action for failure to state a cognizable claim upon which relief may be granted.  (ECF No. 27.)  The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days.  Over fourteen days have passed, and no objections were filed.

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued December 6, 2016 (ECF No. 27), are adopted in full;
2. This action shall proceed on Plaintiff's claim against Defendant Rousseau for a due process violation related to his disciplinary hearing, and for retaliation in violation of the First Amendment;
3. All other claims, and Defendants Connie Gipson, T. Perez, D. Goree, T. Campbell, K.A. Dicks, A. Johnson, J. Amaya, A. Cruz, and M. Cuevas, are dismissed from this action for the failure to state a claim upon which relief may be granted; and
4. The Clerk of the Court is directed to update the case caption and docket to reflect the foregoing dismissals.

IT IS SO ORDERED.

Dated:  February 8, 2017

SENIOR DISTRICT JUDGE